**James MEADORS, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 102824**

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: March 15, 2016

For Appellant: Matthew W. Huckeby, 1010 Market St., Ste. 1100, St. Louis, MO 63101.

For Respondent: Chris Koster, Attorney General, Karen L. Kramer, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Robert M. Clayton III, P. J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM

James Meadors appeals the denial without an evidentiary hearing of his Rule 29.15 motion for post-conviction relief. Jones raises one point on appeal: that trial counsel rendered ineffective assistance because counsel should have raised the defense of entrapment. We affirm.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).